NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DIANA CULLOM,                                    )
                                                 )
            Appellant,                           )
                                                 )
v.                                               )        Case No.  2D18-847
                                                 )
GALILEO HOSPITALITY GROUP, INC., a               )
Florida Corporation; CHRISTOPHER                 )
GIUFFRE; TRACIE GIUFFRE; CHAD                    )
WIDENER; ELIZABETH WIDENER; FOG                  )
HOSPITALITY GROUP, INC., a Florida               )
Corporation; THOMAS M. HARVEY;                   )
KELLY L. PFEIFER; DIANA CULLOM, P.A.,)
a Florida Corporation; OBB.COM, LLC,             )
a Florida limited liability company d/b/a        )
ONLINE BUSINESS BROKERS.COM; and )
RICK M. HARVEY,                                  )
                                                 )
            Appellees.                           )
_____)

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Sarasota
County; Andrea McHugh, Judge.

Aubrey O. Dicus, Jr., and Caitlin C.
Szematowicz of Battaglia, Ross, Dicus &
McQuaid, P.A., St. Petersburg, for
Appellant.

Joseph M. Herbert of Gurley & Associates,
Sarasota, for Appellees Galileo Hospitality
Group, Inc., Christopher Giuffre, Tracie
Giuffre, Chad Widener, and Elizabeth
Widener.

No appearance for remaining Appellees.

PER CURIAM.

       Affirmed.

SILBERMAN, MORRIS, and SMITH, JJ., Concur.